103 A.3d 216

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

## Claire Elizabeth KOZEL, Respondent.

### Misc. Docket AG No. 60 Sept. Term 2014.

Court of Appeals of Maryland.

Nov. 14, 2014.

### ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respon-

dent, Claire Elizabeth Kozel, Esquire, to disbar the Respondent from the practice of law. That Joint Petition sets forth that the Respondent pleaded guilty to one count of a violation of § 7–104(g)(1)(ii) of the Criminal Law Article, Maryland Code, in the Circuit Court for Prince George's County and that said criminal act violates Rules 8.4(a), (b), and (c) of the Maryland Rules of Professional Conduct.

The Court having considered this Petition, it is this 14th day of November, 2014.

ORDERED, that Respondent, Claire Elizabeth Kozel, be and she is hereby disbarred from the practice of law in the State of Maryland.

ORDERED, that the Clerk of this Court shall remove the name of Claire Elizabeth Kozel, from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16–772(d).